UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN, | No. 2:14-cv-0098-KJM-CMK |
| Plaintiff, | |
| v. | ORDER RE SETTLEMENT & DISPOSITION |
| BILL AND PAM, INC. dba M&M BEACON, et al., | |
| Defendants. | |

Pursuant to the representations of counsel for plaintiff, the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.[1]

All hearing dates set in this matter, including the Settlement Conference currently set for August 7, 2014, are VACATED.

/////

/////

---

[1] The parties note in their Notice of Settlement that they anticipate filing a stipulation of dismissal within eight weeks. Should the parties require additional time beyond the thirty days granted above, they shall file a request to extend the dispositional deadline with a showing of good cause for the additional time.

1

1  <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

4      IT IS SO ORDERED.

5  DATED: August 6, 2014.

6      EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE